NO. 1424230

FILED

2015 DEC 29 PM 2:58

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/29/2015 3:38:15 PM
DEBBIE AUTREY
Clerk

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 8th JUDICIAL DISTRICT |
| | § | |
| JOSEPH EDWARD ANTHONY | § | HOPKINS COUNTY, TEXAS |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Joseph Edward Anthony, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Joseph Edward Anthony.

Respectfully submitted,

Martin Braddy Attorney at Law
121 Oak Avenue
Suite A
Sulphur Springs, Texas 75482
Tel: (903) 885-2040
Fax: (903) 500-2704

By: _____
Martin Braddy
State Bar No. 00796240
martin.braddy@verizon.net
Attorney for Joseph Anthony Anthony

## CERTIFICATE OF SERVICE

This is to certify that on December 29 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hopkins County, by facsimile transmission to 9038850640.

_____
Martin Braddy